# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:03CV58** |
| vs. ) | |
| ) | **ORDER TO SHOW CAUSE** |
| **NELSON C. DUNLOP,** ) | |
| ) | |
| **Defendant.** ) | |

Plaintiff advises that the defendant, Nelson C. Dunlop, failed to respond to its interrogatories and requests for production of documents as previously ordered by this court. Plaintiff has attempted to obtain the discovery without court intervention. *See* NECivR 7.0.1(i).

**IT IS ORDERED** that the motion (Doc. 11) of the United States for issuance of an order to show cause is granted, as follows:

1.  Defendant, Nelson C. Dunlop, shall appear before the undersigned Magistrate Judge on **Tuesday, January 12, 2010 at 1:30 PM**, in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska and show cause why it should not be the recommendation of this court that Nelson C. Dunlop be held in contempt and punished therefore.

2.  The United States Marshal shall make personal service of the foregoing Motion and this Order upon the Defendant.

**DATED November 17, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**